# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Olga Nyzio <br>                <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-15716 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, and index same on the master mailing list.

Re: Loan # Ending In: 6145

                                                Respectfully submitted,

                                                **/s/Joshua I. Goldman, Esquire**
                                                Joshua I. Goldman, Esquire
                                                Thomas Puleo, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 825-6306  FAX (215) 825-6406