# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-15716-ELF

OLGA NYZIO

3614 W. Crown Avenue

Philadelphia, PA 19114

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    OLGA NYZIO

    3614 W. Crown Avenue

    Philadelphia, PA 19114

Counsel for debtor(s), by electronic notice only.

    DAVID N REINHERZ
    1315 WALNUT ST
    SUITE 804
    PHILADELPHIA, PA 19107

                                        /S/ William C. Miller

Date: 4/9/2018                             _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee