UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

IN RE:                                            CASE NO: 1615716

OLGA NYZIO                                        CHAPTER  13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 13 filed on 12/20/2016, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.

/s/ Steneec A Gill-Grevious
Steneec A Gill-Grevious
Bankruptcy Specialist
Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
Saint Louis Park, MN 55426
1-866-862-9753

MAY 2 9 2018

TIMOTHY McGRATH, CLERK
PER CLERK