United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-15716-elf |
|---|---|
| Olga Nyzio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Olga Nyzio, 3614 W. Crown Avenue, Philadelphia, PA 19114-1802 |
| 13775030 | + | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 13775031 | | PNC Mortgage, PO Box 6534, Carol Stream, IL 60197-6534 |
| 13845187 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 13838579 | + | WELLS FARGO BANK, N.A., MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 13775038 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 13775037 | + | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 13775039 | + | Wf/wb, Po Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13790731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13775026 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13775024 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank, PO Box 7000, Providence, RI 02940 |
| 13775023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:48:07 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 13775025 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 02 2021 00:37:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 13775027 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 00:37:43 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 13775029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:47:58 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13782586 | | Email/Text: mrdiscen@discover.com | Nov 02 2021 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13775028 | + | Email/Text: mrdiscen@discover.com | Nov 02 2021 00:37:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 13775022 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2021 00:37:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13780980 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 16-15716-elf    Doc 35    Filed 11/03/21    Entered 11/04/21 00:40:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | Nov 02 2021 00:37:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13812432 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13822673 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13833366 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 00:37:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13796671 | Email/Text: ebn_bkrt_forms@salliemae.com | Nov 02 2021 00:37:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 13775032 | + Email/Text: ebn_bkrt_forms@salliemae.com | Nov 02 2021 00:37:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 13775033 | + Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 11:29:35 | Syncb/hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 13775034 | + Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 11:29:37 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 13775035 | + Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 00:37:43 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 13775036 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 02 2021 00:37:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID N. REINHERZ | on behalf of Debtor Olga Nyzio reinherzlaw@gmail.com  reinherzlaw@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 31

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Olga Nyzio
    Debtor(s)

Case No: 16−15716−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21